IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| IN THE MATTER OF: | NO. 21-10235 |
|---|---|
| **LOWRY, DAVID ANTHONY JR.** | SECTION A |
| D E B T O R (S) | CHAPTER 7 |

## **O R D E R**

Considering the Trustee's Petition of Disclaimer and Abandonment, it is:

HEREBY ORDERED that the above-named Trustee's action to abandon and disclaim property described as:

1. **Non-Exempt Household Goods and Furnishings, as being unworthy of administration;**
2. **Real Estate bearing Municipal No. 704 Fairfield Avenue, Gretna, Louisiana, as being encumbered in excess of its value;**
3. **Real Estate bearing Municipal No. 239 North Bullard, Opelousas, as being encumbered in excess of its value;**
4. **Timeshare Pelicanos - Sunset Plaza, as being encumbered in excess of its value; and otherwise, as being unworthy of administration;**
5. **2020 Ford F250, as being encumbered in excess of its value;**
6. **2020 Hyundai Palisade, as being exempt; and otherwise, as being encumbered in excess of its value; and**
7. **Funds on Deposit of $48.75, as being unworthy of administration.**

be confirmed and approved; and let a certified copy of such petition and this Order suffice for all evidential and other legal purposes including recordation, when appropriate.

New Orleans, Louisiana, April 7, 2021.

          MEREDITH S. GRABILL
          UNITED STATES BANKRUPTCY JUDGE